**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LOUIS CONWAY,

Plaintiff

v.

JASMINE LECOUNT MCCLANAHAN, et al.,

Defendants

Case No.: 3:26-cv-00657-CSD

**Order**

Under Local Rule IA 3-1, a pro se party must *immediately* file with the court written notification of any change of mailing address.

The court has received notice of undelivered mail to Plaintiff's address at 300 N. Michigan Rd. Carmel, IN 46039. (ECF No. 6.) Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: September 21, 2026

Craig S. Denney
United States Magistrate Judge