**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS CONWAY,<br><br>Plaintiff<br><br>v.<br><br>JASMINE LECOUNT MCCLANAHAN, et al.,<br><br>Defendants | Case No.: 3:26-cv-00657-MMD-CSD<br><br>**Report & Recommendation of United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff initiated this action by filing an application to proceed *in forma pauperis* (IFP) and pro se complaint. Plaintiff's IFP application did not contain sufficient information for the court to determine whether Plaintiff qualifies for IFP status. The court dismissed the IFP application without prejudice and required Plaintiff to submit a new IFP application on the court's long form. The court also screened Plaintiff's complaint and determined it did not contain sufficient factual allegations to state any plausible claim for relief. As such, the court required Plaintiff to file an amended complaint. (ECF No. 5.)

That order was returned as undeliverable. (ECF No. 6.) On September 22, 2026, the court gave Plaintiff 21 days to file a notice of change of address in compliance with Local Rule IA 3-1. Plaintiff was cautioned a failure to timely comply with the order may result in dismissal of this action. (ECF No. 7.)

That order was also returned as undeliverable (ECF No. 8), and Plaintiff has not filed a change of address nor an amended complaint.

Plaintiff has failed to update his address with the court; therefore, this action should be dismissed without prejudice pursuant to Local Rule IA 3-1.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: October 19, 2026

Craig S. Denney
United States Magistrate Judge