UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LOUIS CONWAY,<br><br>Plaintiff,<br>v.<br><br>JASMINE LECOUNT MCLANAHAN, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00657-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Annie Chavez filed a complaint and an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney, recommending the Complaint be dismissed without prejudice based on Plaintiff's failure to update his address in compliance with LR IA 3-1. (ECF No. 11 at 2.) Plaintiff had until November 2, 2026 to file an objection to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Denney first recommends dismissing the action because Plaintiff failed to comply with the Court's September 22, 2026 order (ECF No. 7) directing Plaintiff to file a notice of change of address as required by LR IA 3-1 within 21 days. (ECF No. 11 at 1.) Plaintiff was advised that failure to do so would result in dismissal of this case. (*Id.*) To date, Plaintiff has not updated his address. Accordingly, the Court will adopt the R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 11) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 17th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE